# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Millicent Archer, | No. CV-22-00442-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Mesa Unified School District No. 4, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation of Dismissal (Doc. 49), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 49). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 8th day of June, 2023.

Honorable John J. Tuchi
United States District Judge